IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>*Plaintiff*,<br><br>v.<br>45COMMITTEE, INC.,<br><br>*Defendant*. | Civil Action No. 1:22-cv-01115-APM |

### DEFENDANT'S NOTICE OF FEC ACTION

Defendant 45Committee, Inc. (45Committee) respectfully notifies the Court that on September 30, 2022, the Federal Election Commission (FEC or Commission) made public the closed administrative file in Matter Under Review (MUR) MUR 7486. *See* https://www.fec.gov/data/legal/matter-under-review/7486. Upon the public release of the MUR file, Commissioner Ellen L. Weintraub issued a series of tweets on Twitter confirming that she and a faction of two other Commissioners willfully caused the Commission to conceal its action on Campaign Legal Center's administrative complaint against 45Committee in MUR 7486 for the purpose of triggering this citizen suit. *See* Exhibit A; *see also* Dkt. No. 25-1 at 18–26 (explaining that FEC took action on and dismissed the administrative complaint against 45Committee in MUR 7486 over two years ago); Dkt. No. 29 at 5–16 (same).

Dated: October 3, 2022                              Respectfully submitted,

*s/ Brett A. Shumate*
Brett A. Shumate
   (D.C. Bar No. 974673)
E. Stewart Crosland
   (D.C. Bar No. 1005353)
Brinton Lucas
   (D.C. Bar No. 1015185)
Stephen J. Kenny
   (D.C. Bar No. 1027711)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and distribution to all registered participants of the CM/ECF System, which will serve all counsel of record.

/s/ *Brett A. Shumate*
Brett A. Shumate