# Exhibit A

# FEC Commissioner Ellen L. Weintraub
# Verified Tweets – September 30, 2022

1. **Ellen L. Weintraub** @EllenLWeintraub

   Sad to report: @FEC announced today the dismissal of a slew of important cases on key issues like dark money, soft money & coordination. Several of us had worked hard over the past few years to keep these matters alive in the face of obstructionist colleagues and bad caselaw. 🧵

   

   6:49 PM · Sep 30, 2022 · Tweetbot for Mac

2. **Ellen L. Weintraub** @EllenLWeintraub

   These efforts involved a activating a previously unused, alternative enforcement path that Congress wrote into our governing statute.

   There is still hope that the American people's interests can be vindicated, at least in these matters.

   6:49 PM · Sep 30, 2022 · Tweetbot for Mac

3. **Ellen L. Weintraub** @EllenLWeintraub

   This path allows those who file complaints to sue those they allege have violated the law when @FEC fails to act. The strategy was working. Today's dismissals should not affect those existing lawsuits – the dismissals have not cured the injury that allowed those suits to proceed.

   6:50 PM · Sep 30, 2022 · Tweetbot for Mac

4. **Ellen L. Weintraub** @EllenLWeintraub

   It's not surprising that this alternative enforcement strategy bugged the heck outta some of my colleagues, who thought they held all the cards.

   I make zero apologies for using every tool I can find to get the law enforced.

   6:53 PM · Sep 30, 2022 · Tweetbot for Mac

5. **Ellen L. Weintraub** @EllenLWeintraub

   The matters that have been shut down are: MUR 6589R (American Action Network); MURs 6915 and 6927 (John Ellis Bush); MURs 7427, 7497, 7524, and 7553 (National Rifle Association of America Political Victory Fund, et al.); …

   6:54 PM · Sep 30, 2022 · Tweetbot for Mac

6. **Ellen L. Weintraub** @EllenLWeintraub

   … MURs 7558, 7560, and 7621 (Donald J. Trump, MAGA PAC, et al.); MUR 7486 (45Committee); MURs 7654 and 7660 (America First Action), MURs 7672, 7674, and 7732 (Iowa Values), and MUR 7726 (David Brock, et al.).

   6:54 PM · Sep 30, 2022 · Tweetbot for Mac