UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 22-cv-01115 (APM) |
| 45COMMITTEE, INC., ) | |
| Defendant. ) | |

**ORDER**

For the reasons set forth in the court's Memorandum Opinion, ECF No. 34, Defendant's Motion to Dismiss, ECF No. 25, is granted.

This is a final, appealable order.

Dated: March 31, 2023

Amit P. Mehta
United States District Judge