IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br><br>　　　　　*Plaintiff*,<br>　　v.<br><br>45COMMITTEE, INC,<br><br>　　　　　*Defendant*. | Case No. 1:22-cv-01115 (APM) |

NOTICE OF APPEAL

Campaign Legal Center hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment of this Court entered this 31st day of March, 2023.

Dated: March 31, 2023

Respectfully submitted,

<u>*/s/* Molly E. Danahy</u>
Adav Noti (DC Bar No. 490714)
Kevin P. Hancock (DC Bar No. 90000011)
Molly E. Danahy (DC Bar No. 1643411)
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Ste. 400
Washington, DC 20005
(202) 736-2200
anoti@campaignlegal.org
khancock@campaignlegal.org
mdanahy@campaignlegal.org